UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

JOSEPH T. FLANAGAN,

                Plaintiff,

    -against-

CORECIVIC, INC. dba CORE CIVIC,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**Removed from Index No. 808758/2024**

Civil Action No.: _____

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), Defendant CoreCivic of Tennessee, LLC (improperly named herein as CoreCivic, Inc. d/b/a Core Civic) hereby makes the following corporate disclosures:

- CoreCivic of Tennessee, LLC is a Limited Liability Company organized and existing under the laws of the State of Tennessee.

- Its sole member, CoreCivic, Inc. is organized under the laws of the State of Maryland and has its principal place of business in Brentwood, Tennessee.

- CoreCivic, Inc. is publicly traded on the New York Stock Exchange under the ticker

symbol CXW.  CoreCivic, Inc. has no parent corporation and no publicly held corporation owns 10% or more of CoreCivic, Inc.

Dated: November 6, 2024

                    EPSTEIN BECKER & GREEN, P.C.

                    */s/ Jeremy M. Brown*
                    Jeremy M. Brown, Esq.
                    875 Third Avenue
                    New York, New York 10022
                    Tel: 212.351.4500
                    *Attorneys for Defendant*